3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.

Case:2:15-cr-20082
Judge: Friedman, Bernard A.
MJ: Grand, David R.
Filed: 02-13-2015 At 02:54 PM
INFO USA V. DAVID HART (DA)

D-1   DAVID HART,          VIOLATIONS:   18 U.S.C. § 4

Defendant.
_____/

## INFORMATION

The United States Attorney charges:

### COUNT 1

**18 U.S.C. § 4**
**Misprision of a Felony**

**D-1   DAVID HART**

In or about 2012, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, **DAVID HART**, having knowledge of the actual commission of a felony cognizable by a Court of the United States, that is, extortion by *Union Official A* of Operating Engineers Local 324, International Union of Operating Engineers, in violation of Title 18, United States Code, Section

1951, did conceal the same, and did not, as soon as possible, make known the same to some judge or other person in civil or military authority in the United States.

All in violation of Title 18, United States Code, Section 4.

**Barbara McQuade**
United States Attorney


*s/David A. Gardey*
**David A. Gardey**
Assistant United States Attorney


*s/Dawn N. Ison*
**Dawn N. Ison**
Assistant United States Attorney

Dated: February 13, 2015

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:15-cr-20082<br>Judge: Friedman, Bernard A.<br>MJ: Grand, David R.<br>Filed: 02-13-2015 At 02:54 PM<br>INFO USA V. DAVID HART (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: _(signature)_ |

**Case Title:** USA v. David Hart

**County where offense occurred:** Wayne

**Check One:**   ☒ **Felony**   ☐ **Misdemeanor**   ☐ **Petty**

____ Indictment/ ✓ Information --- no prior complaint.
____ Indictment/ ____ Information --- based upon prior complaint [Case number: ]
____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 13, 2015
Date

_(signature)_
David A. Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9591
Fax: 313-226-3265
E-Mail address: david.gardey@usdoj.gov
Attorney Bar #: P-48990

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                         10/13/09