UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 15-20082

v.        HON. BERNARD A. FRIEDMAN

DAVID HART,

        Defendant.
_____/

**INDEX OF EXHIBITS**

| | | |
|---|---|---|
| Ex. 1 | David Hart Letter………………………………….…….. | 6 |
| Ex. 2 | Danielle Hart (wife) Support Letters……………………. | 5, 6 |
| Ex. 3 | Jeri Hart (sister)…………………………………………. | 5, 6 |
| Ex. 4 | Renee Rogers (sister in law)…………………………….. | 5, 6 |