EXHIBIT 2

David Hart

The Honorable Bernard A. Friedman
U.S. District Court Judge
E.D. of Michigan
231 W. Lafayette
Detroit, MI 48226

April 8, 2018

Dear Judge Friedman,

I am writing this letter on behalf of my husband, David Hart.  I am in my 20th year as an educator, 19 years as a middle school math teacher and this is my first year as an instructional coach for secondary math.  Our family lives in the community where both David and I grew up along with our extended family.

David and I have been married for almost 15 years and had dated two years prior to getting married.  We have two sons that are in 5th and 7th grade and we spend much of our time at their sporting and music events.

My husband is a caring, honest, and hard-working man and these are characteristics that we are working to instill in our boys. Together, we are teaching our boys that everyone makes mistakes and the importance of learning from them to grow as a person.  David is a great father and not only supports our boys in their education by reading with them and supporting them with their homework, attending school functions and chaperoning field trips, and encouraging them to try new activities, he also supports them at their music performances, sporting events, sets up play dates with their friends, and encourages them to participate in local events.  In the past, as a family we have attended a dog walk to raise money for a local dog shelter and participated in our neighborhood cleanup.  David also teaches our boys how to cook, fix things around the house, and take care of our vehicles.

Not only does David support our boys in their interests, he also leads by example on how to be a kind and caring person. There have been times we have been together as a family and he has stopped to offer assistance to people that were stopped on the side of the road.  Two specific occasions are when he had stopped to check on a woman that had hit a deer and another time he stopped to pull a man out of a ditch in the winter.  Along with helping others, he also

David Hart

does small acts of kindness for others.  One night he and our oldest son went to dinner and anonymously paid for the dinner of two servicemen.  This taught our son that you should respect and give to others whenever you can, and when you do something kind for someone, you don't have to make it known to anyone else.

As stated above, David is a caring man and is always willing to help others. When we lived in our old subdivision, we had an elderly couple that lived next door.  He would help them with outdoor chores and with their computer.  We noticed a change in the wife and were told by her husband she had the onset of Alzheimer's.  After a while, she would come to our house panicked that there was a stranger in her house.  David would stop whatever he was doing, calm her down by talking with her, and walk her back home when she was ready. Sometimes she would recognize her husband and the times that she didn't, David would stay and talk with the two of them, trying to help her remember that the man in her house was indeed her husband.  This started happening frequently and it was my husband that she asked for each time she came to our home.  He would always help without hesitation.  David helped find assistance for the husband and was there when he needed someone to talk to.

The David I know wouldn't intentionally harm others.  I'm aware that David has pled guilty to helping to conceal extortion by another union official.  He is taking responsibility for what he has done.  I ask that you please consider that he is an amazing father, he puts his heart into any work that he does, and puts others needs before his when determining his sentence.  I know that he has learned from this experience and fully support him.

Sincerely,

Danielle Hart

Danielle Hart