# EXHIBIT 3

Jeri Hart

April 10, 2018

The Honorable Bernard A. Friedman
U.S. District Court Judge
E.D. of Michigan
231 W. Lafayette
Detroit, MI. 48226

Dear Judge Friedman,

As the oldest sibling of David Hart, I have watched David grow from birth into a wonderful father, family man, and person. He has always been an intelligent, mature, and responsible brother, willing to step up to help anyone he can.

As a young child, he had goats and rabbits for which he learned to care for and raise from babies to mature pets. He was a member of 4H and participated in the annual fair showing his animals. At one time, while everyone was at work, he stayed home with one of our dogs who was having puppies to help deliver the entire litter so our mother didn't have to leave work.

During one summer in middle school, a family friend asked him to watch her son instead of having to put the child in day care for the summer. David looked after this child who was about 4 years old at the time, ensuring he ate his meals, took a nap, and was safe. This helped the single mother with the cost of day care as well as helped David to develop his responsibility skills, grow as a person, and mature into a young adult.

When David was old enough to begin working, he got a job at the local Chinese restaurant in town, Won Ton Palace. The owners quickly saw potential and maturity in David. They taught him how to cook as well as had him involved with many other aspects of the restaurant to help them due to their lacking language skills having English as a second language. They also entrusted David with their special needs daughter. He would take her shopping and to the doctor while her parents worked. They wanted David to take over the restaurant when they retired, but David instead wanted to go to college and earn a degree in IT.

While working at the restaurant every day after school and on weekends, he attended ITT Technical School in the evenings. Even at that time, David was always helping out family and friends by working on their vehicles.

David has always been the guy who could fix or help with projects. Whenever our elderly parents need help around the house, David is always willing to give a hand. When our father got a used mobility scooter and lift so he could get around, the truck needed to be wired. David came over and put the wiring on the truck so dad is now able to get around.

Instead of having to spend hundreds or thousands of dollars on my car when it breaks down, David has always been willing to work on it for me or help diagnose the problem. If I get the parts, David will work on my car. He does the same for everyone in his family.

When David married Danielle, it was very obvious how much they cared for and respected each other, and are raising their family with those same values. When he became a father, he became a very nurturing, caring, and great role model for his children. His two sons are his pride and joy.

David cares for the boys when they are sick and he is the parent that takes them to the doctor when needed. He spends time with them both playing and uses every opportunity of including them on projects around the house as a teaching moment to build basic skills. They have built and hung several bird houses around the yard for bird watching, and even built a tree house last summer. David encourages their learning and supports their interests whether it be sports, robotics, or legos. He attends all sporting events, music, and robotics competitions to support his children. He has also been encouraging the boys in the kitchen, allowing them to help cook meals. Whenever anything needs to be done for either repair or improvement around the house, David does it himself. Every opportunity David has to spend with family, he does.

David is always very supportive and encouraging to everyone in his immediate and extended family. Whenever I am seeking advice or have a major life decision to make, I go to David for his advice and insight as I highly regard his opinion.

Sincerely yours,


Jeri Hart, B.S., M.A.