EXHIBIT 4

RE:  David N. Hart

*Renee Rogers*

April 10, 2018

The Honorable Bernard A. Friedman
U.S. District Court Judge
E.D. of Michigan 231 W. Lafayette
Detroit, MI  48226

Dear Judge Friedman:

My name is Renee Rogers and I am writing on behalf of David N. Hart.  I have lived in the East China area for over 38 years.  I am employed as a Senior Administrative Assistant at McBride-Manley & Company P.C., Certified Public Accountants, Marine City, Michigan, as a Senior Administrative Assistant.

I have known David Hart for over 34 years.  I first met David when I befriended his sister, Jeri Lynn, in high school.  I remained close to his family throughout the years whether it was through Jeri Lynn or David's brother, Dean and his wife, Nicole.  He then married my youngest sister, Danielle, in July 2003.

David is a great husband and father to 2 wonderful boys.  He is a great Uncle to both of my children and is my daughter's Godfather.  We are very close to David and my sister and their boys.  We participate in family dinners every Sunday with them and vacation together frequently.

David has always gone out of his way to help others.  He is always the first one to offer up his help when you need it.  I remember when my Grandmother was in the hospital after she was diagnosed with cancer, David went out of his way to find her favorite dessert and take it to her at the hospital.  He really made her day.  This is just one instance of David going above and beyond for others.  David is always there to help whenever it is needed.

I know David has plead guilty and has taken responsibility for his actions.  However, this whole situation is very out of character for David and I feel he was misguided.  This entire situation, from the beginning, has put a huge strain on my sister, as well as David.  I know they are both looking forward to getting this matter taken care of and put behind them so they can focus on raising their boys.  David has spent the past few years building up a new career in order to support his family.  He is an extremely hard worker and puts in a lot of hours and goes above and beyond in his career.

In closing, I ask that you please impose as lenient of a sentence possible.

Thank you for your time.

Respectfully submitted,

*Renee Rogers*